Dismissed and Memorandum Opinion filed March 26, 2009








Dismissed
and Memorandum Opinion filed March 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01099-CV

____________

 

HARRIS COUNTY APPRAISAL DISTRICT, Appellant

 

V.

 

HOUSTON MASONIC LIBRARY & MUSEUM FOUNDATION F/K/A
WEST HOUSTON MASONIC LIBRARY & MUSEUM FOUNDATION, Appellee

 



 

On Appeal from the
11th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-40801

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 9, 2008.  On March 13, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and Seymore.